**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leonel RENTERIA–CUERO, Defendant–Appellant.**

**No. 06–16628**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 22, 2007.

A. Fitzgerald Hall, Federal Public Defender, Tampa, FL, for Plaintiff–Appellee.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Leonel Renteria–Cuero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of merit, counsel's motion to withdraw is **GRANTED,** and

Renteria–Cuero's convictions and sentences are **AFFIRMED.**